**Order filed December 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00730-CV
_____

**BENNETT ONWUCHEKWA, Appellant**

**V.**

**SHIMARA BROWN, Appellee**

**On Appeal from County Civil Court at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1157852**

# O R D E R

Appellant's brief was due December 9, 2020**.** No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before January 21, 2021, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.